# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## COLUMBIA DIVISION

| | |
|---|---|
| DANIEL J. BECK,<br><br>　　　　　　　　Plaintiff(s),<br><br>v.<br><br>RANERI VINCENT and<br>LOAD MONSTER, INC..<br><br>　　　　　　　　Defendant(s). | Civil Action No.: 3:25-cv-14061-MGL<br><br>**APPEARANCE OF COUNSEL** |

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD**:

　　　I am admitted to practice before this Court and hereby enter my appearance as counsel for Plaintiff Daniel J. Beck.

　　　　　　　　　　　　　　　　　　　**MORGAN & MORGAN, P.A.**
　　　　　　　　　　　　　　　　　　　By: /s/Cooper Klaasmeyer
　　　　　　　　　　　　　　　　　　　Cooper Klaasmeyer, Esq.
　　　　　　　　　　　　　　　　　　　State Bar No. 105795
　　　　　　　　　　　　　　　　　　　Federal Bar No. 14272
　　　　　　　　　　　　　　　　　　　4401 Belle Oaks Drive, Suite 300,
　　　　　　　　　　　　　　　　　　　North Charleston, SC 29405
　　　　　　　　　　　　　　　　　　　(843) 973-5438
Charleston, SC　　　　　　　　　　　Cooper.klaasmeyer@forthepeople.com
January 10, 2026.　　　　　　　　　　*Counsel for Plaintiff*