# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# COLUMBIA DIVISION

| | | |
|---|---|---|
| **Daniel Beck,** | ) | **Case No.:  3:25-cv-14061-MGL** |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **JOINT MOTION FOR** |
| | ) | **CONFIDENTIALITY ORDER** |
| **Load Monster, Inc and Raneri Vincent,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

Consent:

The attached proposed Confidentiality Order is requested:

☒     by consent of all parties.

☐     by consent as to some, but not all, of the terms [alternative provisions are set forth in both proposed and redlined versions].

☐     by some, but not all, parties.

Content:

The attached proposed Confidentiality Order:

☐     is identical to the standard form on the court's website.

☒     has been revised by deleting the Reading Room provision, but no other changes have been made (*redlined copy not required*).

☐     is a modified version of the standard form on the court's website and the modifications have been indicated by attaching a "redlined" copy the document.  An explanation of the basis for each proposed modification is as follows:

[explain requested changes with reference to relevant paragraph numbers]

<div style="display:flex;">
<div>

**WE SO MOVE**

**SWEENY WINGATE & BARROW**

s/ Joe A. Reinhardt
Mark S. Barrow Fed. I.D. No. 1220
Joe A. Reinhardt, IV Fed. I.D. No. 14398
Post Office Box 12129
Columbia, SC  29211
(803) 256-2233
msb@swblaw.com
jar@swblaw.com
**ATTORNEYS FOR THE DEFENDANTS**

Columbia, South Carolina
March 30, 2026

</div>
<div>

**WE SO MOVE/CONSENT**

**MORGAN & MORGAN, PA**

*/s/ Cooper Klaasmeyer*
James G. Biggart, II, (Fed. Bar 14195)
Cooper Klaasmeyer, (Fed. Bar 14272)
4401 Belle Oaks Drive, Suite 300,
North Charleston, SC 29405
(843) 973-5186
jbiggart@forthepeople.com
cooper.klaasmeyer@forthepeople.com
**ATTORNEYS FOR THE PLAINTIFF**

March 30, 2026
North Charleston, SC

</div>
</div>

*Instructions for use of the Consent Confidentiality Order can be found at the court's website at www.scd.uscourts.gov under "forms" or under each individual judge's forms list.*